1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8937
        Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  ARTURO GONZALEZ, Sr.,         )        10-4570
                                  )   CIVIL NO. C ~~10-0232~~4 EDL
12         Plaintiff,             )
                                  )
13         v.                     )   STIPULATION AND ORDER FOR
                                  )   EXTENSION
14  MICHAEL J. ASTRUE,            )
    Acting Commissioner of        )
15  Social Security,              )
                                  )
16         Defendant.             )
   _____)
17

18        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

19  of the Court, that the Commissioner have a 7-day extension of time in which to file a response to Plaintiff's

20  Motion for Summary Judgment, up to and including June 3, 2011.  This extension is being sought because

21  the undersigned counsel for the Commissioner is recovering from two orthopedic surgeries one of which

22  has been more complicated than expected.  Since returning to the office on April 7, 2011, Counsel has not

23  been able to complete a full week work and has not yet been able to work at her full capacity.  Counsel had

24  4 district court filings due the week of May 23-27, 2011.  Given this workload and her medical condition,

25  ///

26  ///

27  ///

28  ///

Counsel was unable to complete the Commissioner's brief by the original May 27, 2011 due date and respectfully requests that the Court extend the Commissioner's time to respond to Plaintiff's Motion until June 3, 2011.

Dated: May 31, 2011         /s/ *Barbara M. Rizzo*
                              *(As authorized via email)*
                              BARBARA M. RIZZO
                              Attorney for Plaintiff


                              MELINDA L. HAAG
                              United States Attorney

Dated: May 31, 2011         By: /s/ *Elizabeth Firer*
                              ELIZABETH FIRER
                              Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including June 3, 2011, to respond to Plaintiff's Motion for Summary Judgment.

Dated: 6/2/2011              *Elizabeth D. Laporte*
                              Judge Elizabeth D. Laporte
                              ELIZABETH D. LAPORTE
                              United States Magistrate Judge